HMK/mhb FS 7996

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COUTINHO & FERROSTAAL, INC.,
formerly known as MAN FERROSTAAL,
INC.

|  |  |
|---|---|
| Plaintiff, | 08 CV 6345 (DAB)(DF)<br>ECF CASE |
| -against- |  |
| M/V GENCO SUCCESS, her engines,<br>boilers, tackle, etc., HYUNDAI MERCHANT<br>MARINE (AMERICA), INC., GENCO<br>SUCCESS LTD., GENCO SHIP<br>MANAGEMENT LLC. | **RULE 7.1 STATEMENT** |
| Defendants. |  |

------------------------------------------------------------X

PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION:  MAN FERROSTAAL AG, MAN AG, FERROSTAAL METALS GMBH, COUTINHO & FERROSTAAL GMBH & CO. KG.

Dated: July 10, 2008

                                              KINGSLEY, KINGSLEY & CALKINS
                                              Attorneys for Plaintiff

                                              BY:__/S/_____
                                                 HAROLD M. KINGSLEY
                                                 91 W. Cherry Street
                                                 Hicksville, New York 11801
                                                 (516) 931-0064